UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME CEASAR ALVERTO,

               Plaintiff,

v.

BRYAN DWAIN CLINE,

               Defendants.

Case No. C19-5053-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 18], and the Plaintiff's Objection [Dkt. #19], recommending that the Court grant defendant's motion to dismiss [Dkt. #12].

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion to dismiss [Dkt. #12] is GRANTED; and

(3) Plaintiff's federal claims are DISMISSED with prejudice; and

(4) The Court DECLINES to exercise supplemental jurisdiction with respect to plaintiff's remaining state law claims and those claims are DISMISSED without prejudice; and

(5) As all claims have been dismissed from the action, the case should be closed; and

(6) As plaintiff has been granted *in forma pauperis*, *in forma pauperis* may continue on appeal. *See* Rule of Appellate Procedure 24(a)(3); and

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(7) The Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke, and to any other party that has appeared in this action.

IT IS SO ORDERED.

Dated this 27th day of August, 2019.

*Ronald B. Leighton*

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2